Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415-352-2700
Facsimile: 415-352-2701

Gary L. Howard (admitted *pro hac vice*)
E-Mail: ghoward@babc.com
Jason R. Bushby (admitted *pro hac vice*)
E-Mail: jbushby@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: 205.521.8356
Facsimile: 205-521-8800

Attorneys for Defendant
Conseco Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCY SPECTOR,<br><br>    Plaintiff,<br><br>  vs.<br><br>CONSECO LIFE INSURANCE COMPANY; DOES 1 TO 100,<br><br>    Defendants. | CASE NO.: CV 09 4146 JSW<br><br>[~~PROPOSED~~ ORDER] OF CONDITIONAL DISMISSAL WITH PREJUDICE<br><br>Honorable Jeffrey S. White |

1

**[~~PROPOSED~~] ORDER OF CONDITIONAL DISMISSAL WITH PREJUDICE**

1/1982724.1

1  This matter having come before the Court on the parties' Notice of Settlement and Request
2  for Conditional Dismissal with Prejudice, it is hereby
3  **ORDERED, ADJUDGED, and DECREED**
4  That this action is and all claims asserted therein are dismissed with prejudice. In the event
5  that the settlement is not reached, any party may move to reopen the case and the trial will be
6  rescheduled, provided that such motion is within ninety (90) days of this Order. All scheduled dates,
7  including the January 8, 2010 Case Management Conference, are vacated.

DATED: January 5, 2010

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

2
[~~PROPOSED~~] ORDER OF CONDITIONAL DISMISSAL WITH PREJUDICE

1/1982724.1