Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415-352-2700
Facsimile: 415-352-2701

Gary L. Howard (admitted *pro hac vice*)
E-Mail: ghoward@babc.com
Jason R. Bushby (admitted *pro hac vice*)
E-Mail: jbushby@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: 205.521.8356
Facsimile: 205-521-8800

Attorneys for Defendant
Conseco Life Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **LUCY SPECTOR,** | ) |
| | ) CASE NO.: CV 09 4146 JSW |
| **Plaintiff,** | ) |
| | ) STIPULATION FOR DISMISSAL WITH |
| vs. | ) PREJUDICE; [**PROPOSED**] ORDER |
| | ) |
| **CONSECO LIFE INSURANCE** | ) |
| **COMPANY; DOES 1 TO 100,** | ) Honorable Jeffrey S. White |
| | ) |
| **Defendants.** | ) |

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiff Lucy Spector

and defendant Conseco Life Insurance Company, by and through their respective counsel of record,

the parties having reached a settlement, that the Court may make and enter its Order dismissing this action in its entirety, with prejudice, each party to bear its own costs and fees.

DATED April 1, 2010.    GARY A. ANGEL

By: s/Gary A. Angel
Gary A. Angel

Counsel for Plaintiff Lucy Spector

DATED April 1, 2010.    BRADLEY ARANT BOULT CUMMINGS LLP

By: s/Jason R. Bushby
Gary L. Howard (admitted *pro hac vice*)
Jason R. Bushby (admitted *pro hac vice*)

BULLIVANT HOUSER BAILEY PC
Andrew B. Downs
Judith A. Whitehouse

Counsel for Defendant Conseco Life Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** ___April 1_____, **2010.**

The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE